No. 1211. SANFORD v. MISSOURI; and

No. 1212. ELLIS v. MISSOURI. June 10, 1946. Petition for writs of certiorari to the Supreme Court of Missouri denied. *Scovel Richardson* for petitioners. *J. E. Taylor,* Attorney General of Missouri, and *Frank W. Hayes,* Assistant Attorney General, for respondent.

No. 1235. UNITED STATES EX REL. GOODMAN v. ROBERTS, COMMANDING OFFICER. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Harry Mesard* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 1242. MEDLEY v. UNITED STATES. June 10, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *John H. Burnett* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1265. ROBERTS v. BOWMAN, SUPERINTENDENT. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied.

No. 1266. SMALL v. WEBSTER, SUPERINTENDENT. June 10, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied. Petitioner *pro se.*